FILED18 NOV '11 12:36USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUDY ANN HUNTS, | Civil No. 3:10-CV-01380-MA |
| Plaintiff, | |
| v. | ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties and the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412(d)(1)(A), it is hereby ORDERED that EAJA attorney's fees and expenses in the

amount of $2,904.60 and costs of $350.00, pursuant to 31 U.S.C. § 1304, shall be awarded to

Plaintiff and delivered to Plaintiff's counsel, Gregory Day, 600 N.W. Fifth Street, Grants Pass,

Oregon 97526-2024.  Pursuant to *Astrue v. Ratliff*, 552 U.S. 1193 (2010), if the U.S. Department

of the Treasury verifies to the Office of the General Counsel for the Social Security

Administration that Plaintiff does not owe a debt, the government shall honor Plaintiff's

assignment of EAJA fees and pay EAJA fees directly to Attorney Gregory Day.

DATED this _____ 18 _____ day of __November__ 2011.

_Malcolm F Marsh_
UNITED STATES DISTRICT JUDGE


Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3619
Of Attorneys for Defendant