FILED 18 NOV '11 12:36 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUDY ANN HUNTS,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | Civil No. 3:10-CV-01380-MA<br><br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties and the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A), it is hereby ORDERED that EAJA attorney's fees and expenses in the amount of $2,904.60 and costs of $350.00, pursuant to 31 U.S.C. § 1304, shall be awarded to Plaintiff and delivered to Plaintiff's counsel, Gregory Day, 600 N.W. Fifth Street, Grants Pass, Oregon 97526-2024. Pursuant to *Astrue v. Ratliff*, 552 U.S. 1193 (2010), if the U.S. Department of the Treasury verifies to the Office of the General Counsel for the Social Security

Page 1      ORDER - [3:10-CV-01380-MA]

Administration that Plaintiff does not owe a debt, the government shall honor Plaintiff's assignment of EAJA fees and pay EAJA fees directly to Attorney Gregory Day.

DATED this __18__ day of __November__ 2011.

_/s/ Malcolm F. Marsh_
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3619
Of Attorneys for Defendant